# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                  §
                                        §
                                        §
SCHULTZ, GARY M                         §      Case No. 12-13187
SCHULTZ, CARRIE A                       §
                                        §
                                        §
            Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               CLERK OF THE U.S. BANKRUPTCY COURT
               219 S. DEARBORN STREET
               CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/05/2013 in Courtroom 240,
               United States Courthouse
               Old Kane County Courthouse
               100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| SCHULTZ, GARY M | § | Case No. 12-13187 |
| SCHULTZ, CARRIE A | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 12,175.00 |
| and approved disbursements of | $ | 2,094.55 |
| leaving a balance on hand of[1] | $ | 10,080.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 3A | Department of Treasury Internal Revenue Service | $ 11,277.00 | $ 11,277.00 | $ 0.00 | $ 3,029.95 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 3,029.95 |
| Remaining Balance | $ | 7,050.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,967.50 | $ 0.00 | $ 1,967.50 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 5,083.00 | $ 0.00 | $ 5,083.00 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 7,050.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

    Remaining Balance      $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 146,915.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3B | Department of Treasury Internal Revenue Service | $ 146,915.93 | $ 0.00 | $ 0.00 |

    Total to be paid to priority creditors      $_____0.00

    Remaining Balance      $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 83,257.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Raymond Swan | $ 5,169.12 | $ 0.00 | $ 0.00 |
| 2 | American InfoSource LP as agent for | $ 2,399.04 | $ 0.00 | $ 0.00 |
| 4 | FIA CARD SERVICES, N.A. | $ 3,876.92 | $ 0.00 | $ 0.00 |
| 5 | Capital One Bank (USA), N.A. | $ 4,830.24 | $ 0.00 | $ 0.00 |
| 6 | Capital One Bank (USA), N.A. | $ 1,484.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Capital One, N.A. | $ 1,168.94 | $ 0.00 | $ 0.00 |
| 3C | Department of Treasury Internal Revenue Service | $ 64,328.75 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-13187-CAD
Gary M Schultz                                                          Chapter 7
Carrie A Schultz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: ccabrales              Page 1 of 2                  Date Rcvd: Nov 14, 2013
                                Form ID: pdf006              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2013.
db/jdb     +Gary M Schultz,    Carrie A Schultz,    272 C Windsor Court,    South Elgin, IL 60177-1982
aty        +Springer, Brown, Covey, Gaertner & Davis, LLC,    Wheaton Executive Center,
             400 S County Farm Road Ste 330,    Wheaton, IL 60187-4547
19068859   +B. Connell/Newman & Assoc,    2570 Foxfield Road, Suite 201,    Saint Charles, IL 60174-1406
18714177  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
18714178   +Bank of America NA,    150 Allegheny Center Mall,    Pittsburgh, PA 15212-5335
18714179  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
19681816    Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
19797662    Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18714181   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18714183    Educational Computer Systems, Inc.,    181 Montour Run Road,    Coraopolis, PA 15108-9408
19668901    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,   NC4 105 03 14,    Greensboro, NC 27410
18792336  ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,   COMMACK NY 11725-9030
             (address filed with court: Forster & Garbus LLP,    60 Motor Parkway,    Commack, NY 11725-5710)
18714185    Ford Motor Credit,    PO Box 55000,   Detroit, MI 48255-2679
18714187   +IRS  - 2007,    2001 Butterfield Road,    Downers Grove, IL 60515-1058
18792335   +James P Newman & Associates, LLC,    2570 Foxfield Road Ste 201,    Saint Charles, IL 60174-1406
19068860   +Raymond E Swan,    38 S. Euclid Ave,   Villa Park, IL 60181-2624
19583433   +Raymond Swan,    c/o James P. Newman & Associates, LLC,    2570 Foxfield Rd., Suite 201,
             St. Charles, IL 60174-1406
18737457   +TD Auto Finance, L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
             St. Louis, MO 63105-1960
18714192   +Target N.B.,    Po Box 673,    Minneapolis, MN 55440-0673
18714193   +Td Auto Finance,    5225 Crooks Rd Ste 140,   Troy, MI 48098-2823
18714194   +Vein & Laser Center,    1435 N Randall Road #209,    Elgin, IL 60123-2303
18714195 ++++WILSHIRE CREDIT CORP,    400 NATIONAL WAY,   SIMI VALLEY CA 93065-6414
             (address filed with court: Wilshire Credit Corp,    400 Countrywide Way,    Simi Valley, CA 93065)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19602887    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2013 01:02:09
             American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
20320075    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2013 01:02:09
             American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
             Oklahoma City, OK  73124-8866
19655996    E-mail/Text: cio.bncmail@irs.gov Nov 15 2013 00:49:37
             Department of Treasury  Internal Revenue Service,    P O Box 7346,   Philadelphia, PA  19101-7346
18714188   +E-mail/Text: cio.bncmail@irs.gov Nov 15 2013 00:49:37     IRS  - 2008,   2001 Butterfield Road,
             Downers Grove, IL 60515-1058
18714189   +E-mail/Text: cio.bncmail@irs.gov Nov 15 2013 00:49:37     IRS - 2010,   2001 Butterfield Road,
             Downers Grove, IL 60515-1058
18714190   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 15 2013 00:49:25     Kohls/Capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18714191   +E-mail/Text: bankrup@aglresources.com Nov 15 2013 00:49:06     Nicor Gas,    1844 Ferry Road,
             Naperville, IL 60563-9600
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18714184     Erie Insurance Group,    Konen Insurance Agency
18714180*  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18714182*   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18714186*    Ford Motor Credit,    PO Box 55000,   Detroit, MI 48255-2679
                                                                                TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0752-1          User: ccabrales           Page 2 of 2            Date Rcvd: Nov 14, 2013
                              Form ID: pdf006           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2013 at the address(es) listed below:
              Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
              Kathryn A Klein    on behalf of Creditor   TD Auto Finance LLC  f/k/a Chrysler Financial Services
               Americas, L.L.C. iln@riezmanberger.com
              Meredith S Fox    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com
              Michael  Dimand    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE
               mdimand@aol.com,  bankruptcyfilings@wirbickilaw.com
              Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Susan E Lesus    on behalf of Debtor Gary M Schultz slesuslaw@sbcglobal.net
              Susan E Lesus    on behalf of Joint Debtor Carrie A Schultz slesuslaw@sbcglobal.net
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 11
```