## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHULTZ, GARY M | § | Case No. 12-13187 |
| SCHULTZ, CARRIE A | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE _____

                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America NA 150 Allegheny Center Mall Pittsburgh, PA 15212 | | | | | |
| | Ford Motor Credit PO Box 55000 Detroit, MI 48255-2679 | | | | | |
| | Ford Motor Credit PO Box 55000 Detroit, MI 48255-2679 | | | | | |
| | Td Auto Finance 5225 Crooks Rd Ste 140 Troy, MI 48098 | | | | | |
| | Wilshire Credit Corp 400 Countrywide Way Simi Valley, CA 93065 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3A | Department Of Treasury<br>Internal Rev | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | | | | | |
| MARTIN AUCTION SERVICES, LLC | | | | | |
| MARTIN AUCTION SERVICES, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS - 2010 2001 Butterfield Road Downers Grove, IL 60515-1050 | | | | | |
| 3B | Department Of Treasury Internal Rev | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Educational Computer Systems, Inc. 181 Montour Run Road Coraopolis, PA 15108-9408 | | | | | |
| | Erie Insurance Group Konen Insurance Agency | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS  - 2007 2001 Butterfield Road Downers Grove, IL 60515-1050 | | | | | |
| | IRS  - 2008 2001 Butterfield Road Downers Grove, IL 60515-1050 | | | | | |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Target N.B. Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Vein & Laser Center 1435 N Randall Road #209 Elgin, IL 60123 | | | | | |
| 3C | Department Of Treasury Internal Rev | | | | | |
| 1 | Raymond Swan | | | | | |
| 2 | American Infosource Lp As Agent For | | | | | |
| 5 | Capital One Bank (Usa), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Capital One Bank (Usa), N.A. | | | | | |
| 7 | Capital One, N.A. | | | | | |
| 4 | Fia Card Services, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 12-13187   CAD   Judge: Carol A. Doyle |
| Case Name: | SCHULTZ, GARY M |
| | SCHULTZ, CARRIE A |
| For Period Ending: | 03/11/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/30/12 (f) |
| 341(a) Meeting Date: | 05/21/12 |
| Claims Bar Date: | 01/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 272 C Windsor Court, South Elgin, Il 60177 | 114,900.00 | 0.00 | | 0.00 | FA |
|    Liens exceed fair market value of real estate | | | | | |
| 2. KCT Credit Union  Gary - Savings/Checkingxx9470 | 5.01 | 0.00 | | 0.00 | FA |
| 3. Capital One Direct Banking -Savings  xxxxxx6020 | 61.70 | 0.00 | | 0.00 | FA |
| 4. KCT Credit Union Joint checking account  xx1330 | 94.29 | 0.00 | | 0.00 | FA |
| 5. KCT Credit Union  Carrie Checking Account  xx3070 | 37.38 | 0.00 | | 0.00 | FA |
| 6. Furniture and household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparal | 2,500.00 | 0.00 | | 0.00 | FA |
|    2 adults and 1 child - clothing | | | | | |
| 8. American General Life Insurance Co. | 3,657.00 | 0.00 | | 0.00 | FA |
|    Policy XXX7360 | | | | | |
| 9. State Farm Life Insurance Co. | 2,799.41 | 0.00 | | 0.00 | FA |
|    Policy xxxxxx2821 | | | | | |
| 10. State Farm Mutual Funds xxx8199 | 2,500.00 | 0.00 | | 0.00 | FA |
|    State Farm Mutual Funds xxx8199 | | | | | |
| 11. State Farm Mutual Funds xxxxxxxx2341 | 11,277.00 | 0.00 | | 0.00 | FA |
| 12. BUYANDHOLD a division of | 132.73 | 0.00 | | 0.00 | FA |
|    Freedom Investments xxxx2341 | | | | | |
| 13. 2007 Ford F250  Truck | 8,171.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Ford Expedition | 16,805.00 | 0.00 | | 0.00 | FA |
| 15. 2001 Chev K1500 TAH - Daughter's | 3,082.00 | 0.00 | | 0.00 | FA |
| 16. 2008 Lowe Inc L1236 - 12' Boat  BUSINESS USE | 460.00 | 0.00 | | 0.00 | FA |
| 17. Estate Enterprises - Commercial Landscaping | 63,442.00 | 0.00 | | 0.00 | FA |
|    & maintenance & Snow removal | | | | | |
|    Debtors filed Amended Schedule "B" and listed all the individual assets | | | | | |
|    that comprise this asset and are all the assets listed below (assets 18-33) | | | | | |

FORM 2

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit 8

ASSET CASES

| Case No: | 12-13187 | CAD | Judge: Carol A. Doyle | | | |
|---|---|---|---|---|---|---|

Trustee Name: THOMAS E. SPRINGER, TRUSTEE

Case Name: SCHULTZ, GARY M

SCHULTZ, CARRIE A

Date Filed (f) or Converted (c): 03/30/12 (f)

341(a) Meeting Date: 05/21/12

Claims Bar Date: 01/18/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 2007 Dodge Ram 35--Mega Truck (u) | 28,148.00 | 0.00 | | 0.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 19. 2003 Artic Cat (u) | 940.00 | 400.00 | | 400.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 20. 2003 Ford 250 (u) | 8,191.00 | 3,300.00 | | 3,300.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 21. 2006 Artic Cat ATV 4 Wheeler (u) | 1,275.00 | 1,000.00 | | 1,000.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 22. 1999 International Truck (u) | 13,790.00 | 3,450.00 | | 3,450.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 23. 1992 Circle LN Trailer (u) | 400.00 | 400.00 | | 183.60 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| No one purchased at the auction | | | | | |
| 24. 2008 Sure Trac Trailer (u) | 599.00 | 500.00 | | 500.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 25. 2008 Lonergan Trailer (u) | 600.00 | 225.00 | | 225.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 26. 2007 Trailer (u) | 499.00 | 600.00 | | 600.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 27. Large Tank for Truck (u) | 1,000.00 | 0.00 | | 600.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 28. Large Tank for Truck (u) | 1,500.00 | 0.00 | | 550.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 29. Segway-Spread fertilizer (u) | 500.00 | 0.00 | | 450.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 30. Segway-Spread fertilizer (u) | 500.00 | 0.00 | | 450.00 | FA |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| Case No: | 12-13187    CAD    Judge: Carol A. Doyle |
|---|---|
| Case Name: | SCHULTZ, GARY M |
| | SCHULTZ, CARRIE A |

| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/30/12 (f) |
| 341(a) Meeting Date: | 05/21/12 |
| Claims Bar Date: | 01/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Listed on Debtors' Amended Schedule | | | | | |
| 31. Plow (u) | 2,000.00 | 0.00 | | 450.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 32. Plow (u) | 2,000.00 | 0.00 | | 200.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| 33. Salter (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| Listed on Debtors' Amended Schedule | | | | | |
| No one purchased at the auction | | | | | |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $294,366.52 | $9,875.00 | | $12,358.60 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Auction held 2/16/13.  Debtors' books and records from their business reviewed for potential recoverable preference
payments and none found.

Initial Projected Date of Final Report (TFR): 12/15/13        Current Projected Date of Final Report (TFR): 12/15/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 12-13187 -CAD | | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Case Name: | SCHULTZ, GARY M | | | Bank Name: | ASSOCIATED BANK | |
| | SCHULTZ, CARRIE A | | | Account Number / CD #: | *******9502  Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******2353 | | | | | |
| For Period Ending: | 03/11/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/27/12 | 21, 24 | Gary M. Schultz | Liquidation of Personal Property | 1229-000 | 1,500.00 | | 1,500.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.12 | 1,499.88 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,489.88 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,479.88 |
| 03/15/13 | * NOTE * | Martin Auction Services LLC Escrow Rob & Lucy Nord 9515 Texas Church Road Clinton, IL 61727 | Liquidation of Personal Property * NOTE *  Properties 19, 20, 22, 25, 26, 27, 28, 29, 30, 31, 32 | 1229-000 | 10,675.00 | | 12,154.88 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.90 | 12,143.98 |
| 04/30/13 | 001000 | Martin Auction Services, LLC 9515 Texas Church Road Clinton, IL  61727 | | | | 1,971.00 | 10,172.98 |
| | | | Fees        1,067.50 | 3610-000 | | | |
| | | | Expenses      903.50 | 3620-000 | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.47 | 10,155.51 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.86 | 10,139.65 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.59 | 10,125.06 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.05 | 10,110.01 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.03 | 10,094.98 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.53 | 10,080.45 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.99 | 10,065.46 |
| 01/10/14 | 23 | Martin Auction Services LLC Escrow Rob & Lucy Nord 9515 Texas Church Road Clinton, IL 61727 | Liquidation of Personal Property | 1229-000 | 183.60 | | 10,249.06 |
| 01/14/14 | 001001 | THOMAS E. SPRINGER, TRUSTEE 400 S. County Farm Road Suite 330 | Chapter 7 Compensation/Expense | 2100-000 | | 1,967.50 | 8,281.56 |

Page Subtotals        12,358.60        4,077.04

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page:    2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 12-13187  -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | SCHULTZ, GARY M | Bank Name: | ASSOCIATED BANK |
| | SCHULTZ, CARRIE A | Account Number / CD #: | *******9502  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2353 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/14 | 001002 | Wheaton, IL  60187 Springer Brown, LLC Wheaton Executive Center 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,083.00 | 3,198.56 |
| 01/14/14 | 001003 | Department of Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | Claim 3B, Payment 2.17714% | 5800-000 | | 3,198.56 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 12,358.60 | 12,358.60 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,358.60 | 12,358.60 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,358.60 | 12,358.60 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9502 | 12,358.60 | 12,358.60 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 12,358.60 | 12,358.60 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                8,281.56

Ver: 17.05